UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO. 12-70013 |
| | ) | |
| BRENDA KAY BROWN | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | Judge Alan Stout |
| | ) | |
| | ) | |
| JAMES R WESTENHOEFER TRUSTEE FOR THE CHAPTER 7 BANKRUPTCY ESTATE OF BRENDA KAY BROWN | ) ) ) | |
| | ) | |
| Plaintiff | ) | Adv. Pro. No. 14-07006 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WHITEFORD TAYLOR PRESTON, LLP | ) | |
| | ) | |
| Defendant | ) | |

## JOINT MOTION APPROVING SETTLEMENT AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019

Comes now: (i) the **BANKRUPTCY ESTATE** ("Estate") **OF BRENDA KAY BROWN** ("Debtor"), by and through the Estate's trustee, **JAMES R. WESTENHOEFER** ("Trustee"); (ii) **WHITEFORD TAYLOR PRESTON, LLP** ("WTP"); and (iii) **RICHARD WEHRLE**, conservator ("Conservator") of **JAMES A. BROWN** and all of his d/b/a's ("Mr. Brown"), and his owned entities, including but not limited to, **MARTIN'S REST HOME INC., d/b/a GRAND HAVEN NURSING HOME** ("Nursing Home"); **CBS CORPORATION d/b/a LEE'S FAMOUS RECIPE** ("Lee's"); **BROWN AMBULANCE SERVICE, INC.** ("Ambulance"); **BROWN & GASSER THRIFT FOOD MARKET, INC.** ("Food"); **JAMES A BROWN ENTERPRISES LLC d/b/a RAMADA PAINTSVILLE** ("Ramada"); **REDD-BROWN AND WILLIAMS CONSTRUCTION CO., INC.** ("RBW"); **M. GOLDBERG INCORPORATED** ("Goldberg," and collectively with the Conservator, Mr. Brown, Nursing Home, Lee's, Ambulance, Ramada, and RBW and Goldberg, are hereinafter referred to as the "Brown Parties") (hereinafter, the Brown Parties, Estate, Trustee and WTP, are collectively referred to as the "Parties") and file this Joint Motion to Settle and Compromise (the "Settlement Motion") seeking

approval of a settlement agreement ("Settlement Agreement") (see attached Exhibit 1) pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure. In support of this Motion, the Parties state as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Chapter 7 case and the AP[1] under 28 U.S.C. §§ 157. This matter arising under Federal Rule of Bankruptcy Procedure 9019(a) constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. Venue for Debtors' Chapter 11 case and this AP is proper in this District under 28 U.S.C. §§ 1408 and 1409.

## FACTUAL BACKGROUND

3. On January 13, 2012 (the "Petition Date"), Brenda Kay Brown ("Debtor") filed a voluntary petition, case no. 12-70013, in the United States Bankruptcy Court for the Eastern District of Kentucky, Pikeville Division (the "Court") under chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq., as amended (the "Bankruptcy Code").

4. On March 22, 2012, Debtor's Chapter 11 was converted to a Chapter 7 proceeding (Doc. No. 132).

5. On March 23, 2012, the Trustee was appointed as the chapter 7 trustee for the Estate.

6. On January 13, 2014, the Estate filed suit against WTP seeking turnover of property, recovery of avoidable transfers and other claims in Adversary Proceeding No. 14-7006 ("WTP AP").

---

[1] Capitalized terms not specifically defined herein shall have the same meaning as that given to them in the Settlement Agreement.

7.      WTP denied all allegations against it made in the WTP AP.

8.      The Brown Parties were named as defendants in the WTP AP in the event Mr. Kirk argued successfully that any of the Debtor Assets transferred to him were property of the Brown Parties.

9.      The Parties desire to settle, resolve and terminated all claims and disputes they have against each other including, but not limited to the WTP AP as further described herein and in the Settlement Agreement attached hereto as <u>Exhibit </u>A and for this Court to approve the Settlement Agreement and retain jurisdiction to enforce its terms.

## LEGAL ARGUMENT

10.      Under Bankruptcy Rule 9019(a), the Bankruptcy Court, in deciding whether to approve a settlement agreement, must determine whether a proposed compromise is "fair and equitable," <u>Prot. Comm. for Ind. Stockholders of TMT Trailer Ferry, Inc. v. Anderson</u>, 390 U.S. 414, 424 (1968), and "in the best interests of the estate," Olson v. Anderson, 377 B.R. 865, 870-71 (6th Cir. B.A.P. 2007); <u>see</u> also <u>In re Doctors Hospital of Hyde Park, Inc.</u>, 474 F3d 421, 427 (7th Cir. 2007); <u>In re Amer. Reserve Corp.</u>, 841 F.2d 159, 161 (7th Cir. 1987).

11.      Here, the Trustee, through factual investigation and analysis of the issues underlying the WTP AP, has determined that the Settlement Agreement in this case meets the Rule 9019 standard and is in the best interests of the estate, its creditors and other parties in interest.

12.      Approval of a proposed settlement is within the sound discretion of the Court. <u>See</u> <u>In re Commercial Loan Corp.</u>, 316 B.R. 690, 697 (Bankr. N.D. Ill. 2004). A settlement

proposed by a debtor or trustee should be approved unless it "falls below the lowest point in the range of reasonableness." In re Doctors Hospital of Hyde Park, Inc., 474 F.3d at 426; In re Energy Cooperative, Inc., 886 F.2d 921, 929 (7th Cir. 1989) (quoting Cosoff v. Rodman (In re W.T. Grant Co.), 699 F.2d 599, 608 (2d Cir. 1983)).

13. A court need not decide each question of law and fact raised by the settlement, or conduct a "mini trial" of the issues on the underlying claims, but rather should "canvass the issues" so that the reasonableness of the settlement may be evaluated. Bauer v. Commerce Union Bank, 859 F.2d 438, 441 (6th Cir. 1988); Depoister v. Mary M. Holloway Foundation, 36 F.3d 582, 586 (7th Cir. 1994) (evidentiary hearing not required to approve settlement agreement under Bankruptcy Rule 9019); In re Energy Co-op, Inc., 886 F.2d 921, 928 (7th Cir. 1989) ("Nor is this Court required to try the underlying case and determine who would have prevailed"); In re Heissinger Resources Ltd., 67 B.R. 378, 383 (C.D. Ill. 1986) ("we reject the notion that a mini trial on the merits of the claim sought to be compromised is required").

14. While a court should not rubber stamp a trustee's settlement proposal, it may rely on the judgment of the trustee or debtors in possession in reviewing a proposed settlement. In re Amer. Reserve, 841 F.2d at 161. See also In re Teknek LLC, 402 B.R. 257, 261 (Bankr. N.D. Ill. 2009) (noting settlements are generally favored on contested claims and rejecting the debtor's former special counsel's objection to the proposed settlement).

15. Courts have articulated four factors for courts to consider when evaluating a proposed settlement:

> Among the factors the bankruptcy judge should consider in his analysis are [i] the litigation's probability of success, [ii] the litigation's complexity, and [iii] the litigation's attendant expense, inconvenience, and delay (including the possibility

that disapproving the settlement will cause wasting of assets) . . . . The bankruptcy judge should also consider [iv] the creditors' objections to the settlement; however, the creditors' views are not controlling.

American Reserve, 841 F.2d at 161-62.  See also Monus v. Lambros, 286 B.R. 629 (N.D. Oh 2002) (citing American Reserve with approval); In re Doctors Hospital of Hyde Park, Inc., 474 F.3d 421, 426 (7th Cir. 2007).

16. In this case, after careful review, the Trustee believes that the claims asserted against WTP should be settled for the return of the pre-petition retainer of $50,000 paid to WTP as set forth in the Settlement Agreement and that in light of the time, cost and uncertainty of litigation, settlement as set forth therein is in the best interests of Creditors of the Estate.

17. For the reasons set forth above, the Trustee also believes that the entry of an Order of Dismissal with prejudice in the WTP AP under the terms set forth in the Settlement Agreement is in the best interests of the Estate, its creditors and other parties in interest.

## **CONCLUSION**

WHEREFORE, for the reasons set forth above, the Parties jointly request that the Motion be granted and that this Court grant such additional relief as is just under the circumstances.

Respectfully submitted,

*/s/ J. Thomas Rawlings*
J. Thomas Rawlings
Donald M. Wakefield
BOWLES RICE MCDAVID GRAFF & LOVE LLP
333 West Vine Street, Suite 1700
Lexington, Kentucky  40507
Telephone:  (859) 252-2202
Facsimile:  (859) 259-2927
E-mail: trawlings@bowlesrice.com
           dwakefield@bowlesrice.com
*Co-Counsel for the Brown Parties*

                                    */s/ C.R. Bowles, Jr.*
                                    C.R. Bowles, Jr.
                                    BINGHAM GREENEBAUM DOLL LLP
                                    3500 National City Tower, Suite 3500
                                    Louisville, Kentucky 40202
                                    Telephone: (502) 589-4200
                                    Facsimile: (502) 587-3699
                                    E-mail: cbowles@bgdlegal.com
                                    *Co-Counsel for the Brown Parties*


                                    /s/ John Simms
                                    John Simms
                                    Atkinson, Simms & Kermode PLLC
                                    1608 Harrodsburg Road
                                    Lexington, Kentucky 40504
                                    Telephone : (859) 225-4714
                                    Facsimile: (859) 254-2102
                                    E-mail: jms@ask-law.com
                                    *Attorney for Trustee*


                                    /s/ Ellen Arvin Kennedy
                                    Ellen Arvin Kennedy
                                    Dinsmore & Shohl LLP
                                    Lexington Financial Center
                                    250 W. Main Street, Ste. 1400
                                    Lexington, KY 40507
                                    Telephone: (859) 425-1000
                                    Facsimile: (859) 425-1099
                                    Email: ellen.kennedy@dinsmore.com
                                    *Attorney for Whiteford Taylor Preston, LLP*


## **NOTICE**

Notice is hereby given that, unless within 21 days of the date of service of this notice, you, as a creditor, file a response and request for and notice a hearing on the response, an order may be entered without a hearing sustaining motion.

## CERTIFICATE OF SERVICE

    This pleading was served on all parties subscribing to the Case Management Electronic Filing System of the Bankruptcy Court for this case by electronic transmission and on the creditors and parties in interest listed below by first-class mail, postage prepaid this 19th day of May 2015.

| | |
|---|---|
| American Express<br>PO Box 360001<br>Fort Lauderdale FL  33336-00001 | Asset Acceptance LLC<br>PO Box 2036<br>Warren MI  48090-2036 |
| Bourbon County PVA<br>301 Main St. Courthouse, Room 15<br>Paris KY  40361-2025 | Carl Kirk<br>28498 Amberlea Ln.<br>Cattlettsburg KY  41129-8190 |
| City National Bank<br>PO Box 7077<br>Cross Lanes, WV  25356-0077 | Farmers National Bancorp of Cynthiana Inc.<br>101 East Pike ST.<br>Cynthiana KY  41031-1527 |
| Greenberg Traurig<br>C. Allen Foster<br>2101 L. Street NW  Ste 1000<br>Washington DC  20037-1593 | Citizens National Bank<br>620 Broadway<br>Paintsville KY  41240-1366 |
| ADT Security Services<br>PO Box 371490<br>Pittsburgh PA  15250-7490 | American Honda Finance<br>National Bankruptcy Center<br>PO Box 168088<br>Irving TX  75016-8088 |

| | |
|---|---|
| AT&T Kentucky<br>601 West Chestnut St<br>Louisville KY  40203-2034 | Deposit Bank of Carlisle<br>102 E Main St<br>Carlisle KY  40311-1154 |
| FS VanHoose & Company, Inc.<br>PO Box 1618<br>Paintsville KY  41240-5618 | Harrison County District Court Clerk<br>Harrison County Justice Center<br>115 Court St<br>Cynthiana Ky  41031-1501 |
| Abraham Uriah McDonald<br>2117 Shelton Rd.<br>Lexington KY  40515 | American Express<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Appalachian Wireless<br>101 Technology Trail<br>Ivel, KY  41642-9057 | Bank of America<br>Attn:  Bankruptcy - NC4-105-03-14<br>PO Box 26012<br>Greensboro NC  27420-6012 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte NC  28272-1083 | Citizens National Bank<br>PO Box 1488<br>Paintsville KY  41240-5488 |
| Eastern Kentucky Imaging PSC<br>PO Box 148<br>Ashland KY  41105-0148 | GE Money Bank/Walmart Card<br>Attn:  Bankruptcy<br>PO Box 103104<br>Roswell GA  30076-9104 |
| Harrison County PVA<br>PO Box 53<br>313 Oddville Ave<br>Cynthiana KY  41031-1242 | Highlands Regional Medical Center<br>PO Box 668<br>5000 KY Rt. 321<br>Prestonsburg KY  41653-9113 |

| | |
|---|---|
| HSBC Bank<br>Attn:  Bankruptcy<br>PO Box 5213<br>Carol Stream IL  60197-5213 | JD Johnson<br>240 Main St<br>Paintsville KY  41240-1607 |
| Johnson County PVA<br>230 Court Street, Ste 229<br>Paintsville KY  41240-1607 | Kentucky Dept. of Revenue<br>Bankruptcy Section – Attn:  Michael Hornback<br>PO Box 5222<br>Frankfort KY  40602-5222 |
| Kentucky Power<br>PO Box 24404<br>Canton OH  44701-4404 | Lightyear Network Solutions<br>1901 Eastpoint Parkway<br>Louisville KY  40223-4145 |
| Maewood Manufacturing, LLC<br>650 Metts Dr.<br>Lebanon Ky  40033-1908 | Household Bank<br>HSBC Card Service – Attn:  Bankruptcy<br>PO Box 49352<br>San Jose CA  95161-9352 |
| Internal Revenue Service<br>PO Box 7316<br>Philadelphia PA  19101-7346 | Karen Gauze<br>4697 KY HWY 707<br>Louisa KY  41230-7298 |
| Kentucky Farm Bureau<br>Bill Davis, Agent<br>PO Box 308<br>Inez KY  41224-0308 | King's Daughters Medical Center<br>2201 Lexington Ave.<br>Ashland KY  41101-2874 |
| HRMC Emergency Physicians<br>PO box 96288<br>Oklahoma City OK  73143-6288 | John Daugherty<br>Assistant US Trustee<br>100 East Vine St, Ste 500<br>Lexington KY  40507 |

| | |
|---|---|
| Kentucky Heart Institute<br>PO Box 1428<br>Ashland KY  41105-1428 | Laboratory Corp. of America Holdings<br>PO box 2240<br>Burlington NC  27216-2240 |
| Nicholas County PVA<br>125 East Main St.<br>PO Box 2<br>Carlisle KY  40311-0002 | Paintsville Utilities<br>PO Box 630<br>Paintsville KY  41240-0630 |
| Roger L. Kirk<br>320 2nd St.<br>Paintsville KY  41240-1034 | Smith & Wesson Security<br>Safe Home Security, Inc.<br>55 Sebethe Dr.<br>Cromwell CT  06416-1054 |
| Time Warner Cable<br>2127 Rocky Dr.<br>Paris KY  40361-1340 | Ohio Casualty<br>9450 Seward Rd.<br>Fairfield OH  45014-5456 |
| Publishers Clearinghouse<br>382 Channel Dr.<br>Port Washington NY  11050-2297 | Sears Solutions Mastercard<br>HSBC Card Services<br>PO Box 4155<br>Carol Stream IL  60197-4155 |
| Southeast Telephone<br>106 Power Drive<br>Pikesville KY  41501-3330 | U.S. Trustee<br>100 E. Vine St., Ste 500<br>Lexington Ky  40507-1441 |

| | |
|---|---|
| Orkin Pest Control<br>790 Enterprise Dr.<br>Lexington KY  40510-1030 | R.B. Kirk<br>PO Box 1420<br>Ceredo WV  25507-1420 |
| Roger L. Kirk<br>240 Main Street<br>Paintsville KY  41240-1040 | Smith & Wesson Security<br>277 Mallory Station Rd. #112<br>Franklin TN  37067-8251 |
| Suddenlink<br>138 Collins Circle<br>Prestonsburg KY  41653-7913 | Brenda Kay Brown<br>250 Robin Hill Road<br>Paintsville KY  41240-9352 |
| Richard M. Wehrle<br>Bowles Rice McDavid Graff & Love LLP<br>333 West Vine St, Ste 1700<br>Lexington KY  40507 | Whiteford Taylor Preston, LLP<br>120 Prosperous Place<br>Suite 101<br>Lexington, KY 40509 |
| | |

*/s/ John M. Simms*

15982085_1.docx